

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2020

No. 04-20-00352-CR

William Roy **TATE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-0335-CR-B
Honorable William D. Old III, Judge Presiding

# O R D E R

    The State's brief was due by December 28, 2020.  On that day, the State filed a motion requesting a twenty day extension of time.  After consideration, we **GRANT** the motion and **ORDER** the State to file its brief **by January 18, 2021**.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court